AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ____MASSACHUSETTS____

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY COMPANY,

     Plaintiffs,

**V.**

TOWN OF CHELMSFORD, CHELMSFORD
BOARD OF HEALTH, RICHARD J. DAY,
PETER DULCHINOS, ANNMARIE ROARK,
EARNEST WU, M.D., MASSACHUSETTS
DEPARTMENT OF ENVIRONMENTAL
PROTECTION and ROBERT W. GOLLEDGE, JR.,

     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-12069 RCL

TO: (Name and address of defendant)

  Robert W. Golledge, Jr., Commissioner
  Massachusetts Department of
  Environmental Protection
  One Winter Street, 2nd Floor
  Boston, Massachusetts 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Robert B. Culliford, Esq.
  Boston and Maine Corporation
  Springfield Terminal Railway Company
  Iron Horse Park
  No. Billerica, MA 01862
  (978) 663-1029

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

DATE: 9-27-04

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint* was made by me [1] | DATE<br>Thursday, October 21, 2004 at 2:20 P.M. |
| NAME OF SERVER (PRINT)<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

*along with Civil Cover Sheet and Category Sheet

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): (business) by delivering attested copies to Douglas Roth, person authorized to accept service in-hand at Massachusetts Department of Environmental Protection, One Winter Street, 2nd Floor, Boston, MA 02108, and by mailing copies first-class postage prepaid to same on Thursday, October 21, 2004 at 2:20 P.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 13.50 | 50.89 | 64.39 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 21, 2004
              Date

Signature of Server

Sullivan & Company, 21 George St., Lowell, MA 01852
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure