AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF MASSACHUSETTS**

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY COMPANY,

        Plaintiffs,

**V.**

TOWN OF CHELMSFORD, CHELMSFORD
BOARD OF HEALTH, RICHARD J. DAY,
PETER DULCHINOS, ANNMARIE ROARK,
EARNEST WU, M.D., MASSACHUSETTS
DEPARTMENT OF ENVIRONMENTAL
PROTECTION and ROBERT W. GOLLEDGE, JR.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-12069 RCL**

TO: (Name and address of defendant)

    Richard J. Day, Director
    Chelmsford Board of Health
    Chelmsford Town Offices
    50 Billerica Road
    Chelmsford, Massachusetts 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert B. Culliford, Esq.
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    No. Billerica, MA 01862
    (978) 663-1029

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

9-27-04

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint*was made by me [1] | DATE<br>Wednesday, October 20, 2004 at 2:59 P.M. |
|---|---|
| NAME OF SERVER (PRINT)<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

*along with Civil Cover Sheet and Category Sheet

[x] Served personally upon the defendant. Place where served: Chelmsford Board of Health, Chelmsford Town Offices, 50 Billerica Road, Chelmsford, MA 01824.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1.50 | 37.00 | 38.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 20, 2004
             Date

Signature of Server

Sullivan & Company, 21 George Street
Address of Server
Lowell, MA  01852

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure