AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___ MASSACHUSETTS ___

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY COMPANY,

Plaintiffs,

V.

TOWN OF CHELMSFORD, CHELMSFORD
BOARD OF HEALTH, RICHARD J. DAY,
PETER DULCHINOS, ANNMARIE ROARK,
EARNEST WU, M.D., MASSACHUSETTS
DEPARTMENT OF ENVIRONMENTAL
PROTECTION and ROBERT W. GOLLEDGE, JR.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-12069 RCL

TO: (Name and address of defendant)

Peter Dulchinos, Chrmn.
Chelmsford Board of Health
Chelmsford Town Offices
50 Billerica Road
Chelmsford, Massachusetts 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert B. Culliford, Esq.
Boston and Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
(978) 663-1029·

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

9-27-04

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint*was made by me ¹ | DATE<br>Wednesday, October 20, 2004 at 2:59 P.M. |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

*along with Civil Cover Sheet and Category Sheet

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☒ Other *(specify)*:    (business) by delivering attested copies to Richard J. Day, Director in-hand at Chelmsford Board of Health, Chelmsford Town Offices, 50 Billerica Road, Chelmsford, Massachusetts 01824, and by mailing copies first-class postage prepaid to same on Wednesday, October 20, 2004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1.50 | 38.64 | 40.14 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____October 20, 2004_____          _____
          *Date*                    *Signature of Server*

Sullivan & Company, 21 George Street
*Address of Server*
Lowell, MA    01852

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure