UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., and SPRINGFIELD TERMINAL RAILWAY CO., <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF CHELMSFORD, CHELMSFORD BOARD OF HEALTH, RICHARD J. DAY, PETER DULCHINOS, ANNMARIE ROARK, EARNEST WU, M.D., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR., <br><br> Defendants. | Case No.: 04-12069 RCL <br><br> **CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendants Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr. ("DEP") respectfully request that the date for responding to plaintiffs' complaint be extended from November 10, 2004 to December 10, 2004. Counsel for plaintiffs has informed counsel for defendants that plaintiffs have no objection to this motion being granted.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorneys,

Dated: 12/3/04

_____
Nora J. Chorover, BBO #547352
Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this consented to motion for extension of time was sent by first class mail on December 3, 2004 to:

Robert B. Culliford, Esq.
Katerhine E. Potter, Esq.
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Nora J. Chorover