## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BOSTON AND MAINE CORPORATION and          )
SPRINGFIELD TERMINAL RAILWAY              )
COMPANY,                                  )
                                          )
                    Plaintiffs,           )
                                          )
v.                                        )
                                          )          Case No. 04-12069 RCL
TOWN OF CHELMSFORD et al.,                )
                                          )
                    Defendants.           )
                                          )
                                          )

*FEE PAID:*
*RECEIPT #  41557*
*AMOUNT $  50.00*
*BY DPTY CLK*
*1/20/05*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of the Rules of this Court, plaintiffs, Boston and Maine Corporation and Springfield Terminal Railway Company hereby move for the admission pro hac vice of Eric L. Hirschhorn as its counsel for the within action. The certificate from Mr. Hirschhorn required by such Local Rule is annexed hereto. Pursuant to Rule 7.1(A)(2) of the Rules of this Court, Counsel for the defendants have advised that they do not object to this motion.

Respectfully submitted,

_____

Robert B. Culliford (BBO #638468)
Katherine E. Potter (BBO #651726)
Iron Horse Park
North Billerica MA 01862
978-663-1029

*Attorneys for Plaintiffs*
*Boston and Maine Corporation*
*Springfield Terminal Railway Co.*

January 18, 2005