UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON AND MAINE CORPORATION, et al.,

    Plaintiffs,

-v.-

TOWN OF CHELMSFORD et al.,

    Defendants.

Civil Action No. 04-12069 RCL

## CERTIFICATE OF ERIC L. HIRSCHHORN PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Rule 83.5.3(b) of the Rules of this Court, Eric L. Hirschhorn certifies as follows:

1. I make this certificate in support of my application to appear in the within action on behalf of the plaintiffs Boston and Maine Corporation and Springfield Terminal Railway Company.

2. I am a member of the bars of the State of New York, the District of Columbia, the United States Court of Appeals for the First Circuit, and various other federal trial and appellate courts.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Eric L. Hirschhorn

DC:373884.1

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing documents were served on January 19, 2005, upon the following parties by first class mail, postage prepaid:

Jason Talerman, Esq.
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116

Nora J. Chorover, Esq.
Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108

Jocelyn Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Pamela J. Primeau
Paralegal
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
(978) 663-1024