UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>                       Plaintiffs,<br><br>-vs.-<br><br>TOWN OF CHELMSFORD, CHELMSFORD BOARD OF HEALTH, RICHARD J. DAY, PETER DULCHINOS, ANNMARIE ROARK, EARNEST WU, M.D., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>                       Defendants. | Case No. 04-12069-RCL |

## NOTICE OF CHANGE OF ADDRESS
## AND TELEPHONE NUMBERS

Please be advised that as of April 4, 2005, the address and telephone numbers of counsel for the Boston and Maine Corporation and Springfield Terminal Railway Company have changed as indicated below. Counsel's e-mail address remains the same.

                                              Respectfully submitted,

                                              _____
                                              Eric L. Hirschhorn
                                              Winston & Strawn LLP
                                              1700 K Street NW
                                              Washington DC 20006
                                              Tel. 202-282-5706 (fax 202-282-5100)
                                              E-mail: ehirschhorn@winston.com

                                              *Counsel for Boston and Maine Corporation*
                                              *and Springfield Terminal Railway Company*

March 31, 2005

DC:407457.1