UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., and SPRINGFIELD TERMINAL RAILWAY CO., <br><br>  Plaintiffs, <br><br> v. <br><br> TOWN OF CHELMSFORD, CHELMSFORD BOARD OF HEALTH, RICHARD J. DAY, PETER DULCHINOS, ANNMARIE ROARK, EARNEST WU, M.D., MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR., <br><br> Defendants. | Case No.: 04-12069 RCL |

## MOTION TO CONTINUE STATUS CONFERENCE

Counsel for defendant Commonwealth of Massachusetts respectfully requests that the status conference currently scheduled for 10:00 a.m. on Wednesday, April 13, 2005 before Magistrate Alexander be continued until after April 29, 2005. Counsel for the Commonwealth is currently counsel of record in a trial in the matter of Commonwealth v. B&M Fitzgerald, Inc. et. al, Civ. No. 2002-63330, a case pending before the Massachusetts Superior Court in the County of Suffolk. The trial began on April 12, 2005 and will likely continue into the week of April 25, 2005. Counsel for the Commonwealth has spoken with counsel for plaintiff and counsel for defendant Town of Chelmsford and neither party has an objection to this motion being granted.

4/12/05 [signature], M.J. Allowed. Continued to April 28th @ 2:30PM

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorneys,

Dated: 4/12/05

Nora J. Chorover, BBO #547352
Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion for Continuance was sent by first class mail and telephone facsimile on April 12, 2005 to:

Robert B. Culliford, Esq.
Katherine E. Potter, Esq.
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
fax: 978-663-1213

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington DC 20005
fax: 202-282-5100

Jocelyn M. Sedney
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
617-880-7171

_____
Nora J. Chorover