**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No. 04-12069-RCL

Title: Boston and Maine Corporation et. al   v.  Town of Chelmsford et. al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lindsay has been reassigned to Judge Wolf for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials MLW.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Don Stanhope
           Deputy Clerk

Date:   4/29/05

(Notice of LR40.1 Reassign.wpd - 3/7/2005)