UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Case No.     04-12069 RCL

BOSTON AND MAINE CORPORATION )
and SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
 )
      Plaintiffs, )
 )
V. )
 )
TOWN OF CHELMSFORD, CHELMSFORD )
BOARD OF HEALTH, RICHARD J. DAY, )
PETER DULCHINOS, ANNMARIE ROARK, )
EARNEST WU, M.D., MASSACHUSETTS )
DEPARTMENT OF ENVIRONMENTAL )
PROTECTION and ROBERT W. GOLLEDGE, )
JR., )
      Defendants. )

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The defendant, Town of Chelmsford, Chelmsford Board of Health, Richard J. Day, Peter Dulchinos, Annmarie Roark and Earnest Wu, M.D., with the assent of the plaintiffs, Boston and Maine Corporation and Springfield Terminal Railway Company and Defendants, Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr., hereby respectfully requests that the Status Conference currently scheduled for July 18, 2006 be continued to a date in August. Counsel for Defendant, Town of Chelmsford, Chelmsford Board of Health, Richard J. Day, Peter Dulchinos, Annmarie Roark and Earnest Wu, M.D., have conferred with all parties regarding a new date and the available dates are August 1, 2, 3, 4, 8, 9, 15, 16 or 17.

Accordingly, the defendant, Town of Chelmsford, Chelmsford Board of Health, Richard J. Day, Peter Dulchinos, Annmarie Roark and Earnest Wu, M.D., with the assent of the plaintiffs and defendants, request that the Status Conference be continued to a date in August of 2006.

>The Defendants,
>Town of Chelmsford, Chelmsford Board of Health,
>Richard J. Day, Peter Dulchinos, Annmarie Roark and
>Earnest Wu, M.D.
>By their attorney,
>
>/s/Jocelyn M. Sedney
>Jocelyn M. Sedney, BBO# 552115
>**BRODY, HARDOON, PERKINS & KESTEN, LLP**
>One Exeter Plaza, 12th Floor
>Boston, MA 02116
>(617) 880-7100

Dated: June 7, 2006