UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORPORATION, ET AL., <br><br> Plaintiffs, <br> v. <br><br> TOWN OF CHELMSFORD, ET AL., <br><br> Defendants. | Case No.: 04-12069-MLW |
| BOSTON & MAINE CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> TOWN OF WESTFORD,, ET AL., <br><br> Defendants. | Case No.: 05-10806-MLW |
| BOSTON & MAINE CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> TOWN OF ANDOVER, ET AL., <br><br> Defendants. | Case No.: 05-10820-MLW |

**NOTICE OF APPEARANCE**

The undersigned Assistant Attorney General has been involved in this case since on or about May 16, 2006.  On that date, the undersigned served Notice of Appearance for all State Defendants upon all Parties to this action and upon the Court by mail.  *See Exhibit A ( electronic version) attached hereto and made a part hereof.*  Through oversight, the Notice of Appearance was not served using the Court's ECF system.  On that same date, former Assistant Attorney

General Nora J. Chorover served Notice of Withdrawal of Appearance for all State Defendants upon all Parties to this action and upon the Court by mail, but her Notice of Withdrawal also was not filed using the Court's ECF system. *See Exhibit B (electronic version) attached hereto and made a part hereof.*

The undersigned now formally files Notice of Appearance for all State Defendants in all three of these cases, which have been consolidated by the Court.

        Respectfully submitted,

        COMMONWEALTH OF MASSACHUSETTS
        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Frederick D. Augenstern
        _____
        Frederick D. Augenstern (BB0 # 553102
        Assistant Attorney General
        Environmental Protection Division
        1 Ashburton Place, 18th Floor
        Boston, MA 02108
        (617) 727-2200 x. 2427

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice of Appearance with Exhibits was filed this 17th day of August, 2006 using this Court's Electronic Filing (ECF) System and e-was mailed as well to:

For the Plaintiffs:

Robert B. Culliford, Esq.
rculliford@flypanam.com

Katherine E. Potter, Esq.
kpotter@sandw.com

Eric L. Hirschhorn, Esq.
ehirschhorn@winston.com

For the Chelmsford and Andover Defendants:

Jocelyn M. Sedney, Esq.
jsedney@bhpklaw.com

For the Westford Defendants:

Joseph L. Tehan, Jr., Esq.
jtehan@k-plaw.com


                /s/ Frederick D. Augenstern
                _____
                Frederick D. Augenstern, Esq.
                Assistant Attorney General

## **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF CHELMSFORD, et al., )<br>)<br>Defendants. )<br>) | Case No.: 04-12069 |
| BOSTON & MAINE CORP., et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF WESTFORD, et al., )<br>)<br>Defendants. )<br>) | Case No.: 05-10805 |
| BOSTON & MAINE CORP., et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF ANDOVER, et al., )<br>)<br>Defendants. )<br>) | Case No.: 05-10820 |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Frederick D. Augenstern as co-counsel for the State Defendants in this case.

|  |  |
|---|---|
|  | Respectfully submitted,<br>COMMONWEALTH OF MASSACHUSETTS<br>By its attomeys,<br><br>/s/ Frederick d. Augenstern |
| Dated: May 16, 2006 | _____<br>Frederick D. Augenstern, BBO#553102<br>Assistant Attorney General<br>Environmental Protection Division<br>One Ashburton Place, Rm. 1813<br>Boston, Massachusetts 02108<br>(617)727-2200, ext. 2427 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appearance was sent by first class mail on May 16, 2006, to:

Robert B. Culliford, Esq.
Alexandra Schmit
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Joseph L. Tehan, Jr.
Kopelman & Paige, P.C.
31 St. James Ave.
Boston, MA  02116

Jocelyn Sedney
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th Floor
Boston, Massachusetts 02116

Susan Ruch
Department of Environmental Protection
205B Lowell Street
Wilmington, MA 01887

/s/ Frederick D. Augenstern
_____

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON & MAINE CORP., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 04-12069 |
| TOWN OF CHELMSFORD, et al., | ) | |
| Defendants. | ) | |
| BOSTON & MAINE CORP., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 05-10805 |
| TOWN OF WESTFORD, et al., | ) | |
| Defendants. | ) | |
| BOSTON & MAINE CORP., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 05-10820 |
| TOWN OF ANDOVER, et al., | ) | |
| Defendants. | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c) of the Rules of this Court, Nora J. Chorover provides notice of her withdrawal as counsel for state defendants Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr. Ms. Chorover will leave the employ of the Attorney General's office as of May 5, 2006. This notice is accompanied by the appearance

of successor counsel; no motions are now pending before the Court, no trial date has been set;

and proof of service of this notice of withdrawal on all parties is attached hereto.

                                       Respectfully submitted,
                                       COMMONWEALTH OF MASSACHUSETTS
                                       By its attorneys,

                                       /s/ Nora J. Chorover

Dated: 5/16/06                      Nora J. Chorover, BBO #547352
                                       Environmental Protection Division
                                       One Ashburton Place, 18th Floor
                                       Boston, MA 02108
                                       (617) 727-2200

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Notice of Withdrawal of Appearance was sent by first class mail on May 16, 2006 to:

Robert B. Culliford, Esq.
Alexandra Schmit
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Joseph L. Tehan, Jr.
Kopelman & Paige, P.C.
31 St. James Ave.
Boston, MA 02116

Jocelyn Sedney
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th Floor
Boston, Massachusetts 02116

Susan Ruch
Department of Environmental Protection
205B Lowell Street
Wilmington, MA 01887

    /s/ Frederick D. Augenstern
    _____
    Frederick D. Augenstern
    Assistant Attorney General