UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12069-MLW

BOSTON AND MAINE CORPORATION, ET AL.

Plaintiffs

v.

TOWN OF CHELMSFORD, ET AL.

Defendants

CIVIL ACTION NO. 05-10806-MLW

BOSTON AND MAINE CORPORATION, ET AL.

Plaintiffs

v.

TOWN OF WESTFORD, ET AL.

Defendants

CIVIL ACTION NO. 05-10820-MLW

BOSTON AND MAINE CORPORATION, ET AL.

Plaintiffs

v.

TOWN OF ANDOVER, ET AL.

Defendants



## ORDER ON

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

### (Docket # 29)

ALEXANDER, M.J.

After hearing, the parties having resolved the issues in the instant cases,

Plaintiffs move for an order of this Court pursuant to Rules 7(b) and 41(a)(2) of

the Federal Rules of Civil Procedure dismissing the above referenced actions

without prejudice.  Defendants do not oppose this motion.  Accordingly, the

motion is GRANTED and the above referenced actions are DISMISSED

WITHOUT PREJUDICE.

SO ORDERED.

8/31/06
Date



United States Magistrate Judge

2